# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RACHEL BRYANT,**<br><br>    **Plaintiff**<br><br>    v.<br><br>**TOLEDO'S INC. d.b.a. Toledo's Mexican Restaurant, et al.,**<br><br>    **Defendants** | **CASE NO. 1:16-CV-0517 AWI SMS**<br><br>**ORDER CLOSING CASE IN LIGHT OF NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Doc. No. 11) |

   On May 20, 2016, following a notice of settlement, Plaintiff filed a notice of voluntary dismissal with prejudice. See Doc. No. 11.

   Rule 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995)

   Here, no answers to Plaintiff's complaint and no motions for summary judgment have been filed in this case, and it appears that no such documents have been served. Because Plaintiff has

exercised her right to voluntarily dismiss his complaint with prejudice under Rule 41(a)(1), this case has terminated automatically.  See Fed. R. Civ. P. 41(a)(1)(A)(i); Wilson, 111 F.3d at 692.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of Plaintiff's Rule 41(a)(1) voluntary dismissal without prejudice.

IT IS SO ORDERED.

Dated:  May 23, 2016                                    _____
                                                                            SENIOR  DISTRICT  JUDGE